# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Corey Eugene Cecil          Case Number:   3:05-00183-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: October 15, 2007

Original Offense: Ct. 1: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine; Ct. 2:

21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine

Original Sentence:   66 months' custody; 5 years' supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced: February 23, 2010

Assistant U.S. Attorney:   to be determined          Defense Attorney:  Billy Joe Marlowe, Jr.

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 11th day of June , 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place          Columbia, Tennessee

Date          June 5, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Corey Eugene Cecil was cited for Speeding and Driving on a Suspended Driver's License by the Metropolitan Police Department, Nashville, Tennessee, on May 31, 2013. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on a later date, citation number SCE106575.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Cecil has been on supervision since February 23, 2010, and was moved to the Compliant Caseload on May 12, 2011.

Mr. Cecil is currently employed and lives with his mother.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Cecil be continued on supervised release and that this be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer